**10/1/2015**                                                    **COA No. 02-11-00087-CR**
**GARD, RICHARL ALLAN     Tr. Ct. No. 1184098D                   PD-1300-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

RICHARD ALLAN GARD
TDC# 1712695
DUNCAN UNIT
1502 S. FIRST ST.
DIBOLL, TX  75941

**10/1/2015**                                                    **COA No. 02-11-00087-CR**
**GARD, RICHARL ALLAN      Tr. Ct. No. 1184098D**               **PD-1300-15**
The appellant's pro se petition for discretionary review has this day been received
and filed.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**10/1/2015**                                             **COA No. 02-11-00087-CR**
**GARD, RICHARL ALLAN    Tr. Ct. No. 1184098D**                **PD-1300-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

                                                         Abel Acosta, Clerk

                     LISA MCMINN
                     STATE PROSECUTING ATTORNEY
                     P.O. BOX 13046
                     AUSTIN, TX 78711
                     * DELIVERED VIA E-MAIL *

**10/1/2015**                                            **COA No. 02-11-00087-CR**

**GARD, RICHARL ALLAN    Tr. Ct. No. 1184098D**               **PD-1300-15**

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
\* DELIVERED VIA E-MAIL \*